MBH

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

DEC 19 2022 MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**TONETTA HILL**

**Vs**

**DEPARTMENT OF HUMAN SERVICE**

**CIVILNO:**

22cv7144
Judge Shah
Magistrate Judge Cole
cat 2
RANDOM

**TITLE VII OF THE 1964 CIVIL RIGHT
ACT**

Plaintiff, **TONETTA HILL** , individually brings this original civil suit against **DEPARTMENT OF HUMAN SERVICE ("DHS")** for violating the **TITLE VII OF THE 1964 CIVIL RIGHT ACT** .

**JURISDICTION AND VENUE**

This court subject matter Jurisdiction over pursuant to 28 U.S.C.Ss 1331

Venue is proper in this district pursuant to 28 U.S.C. 1391 (b) Defendants reside in this district and substantial part of the events or omissions giving rise to plaintiff's claim occurred in this district .

**PARTIES**

**TONETTA HILL P.O BOX 1477 Elgin, IL 60121**

**DEFENDANT**

**DEPARTMENT OF HUMAN SERVICES Can be served at 401 S. Clinton St. 6, fir , Chicago IL 60607**

## STATEMENT OF FACTS

1. Plaintiff Ms. Hill was given a 15 day suspension for Neglect of duty because she did not call OIG within 4 hours of the incident the plaintiff reported .

2. The Union and plaintiff (" Ms. Hill ") agree that she did not call in according to OIG rule of 50 and as a mandated reporter she did report the incident.

3. Elgin Mental Center Leader Mangahas PSA deliberately Violated the Master contract when given plaintiff Ms. Hill a 15 days suspension without a PRE_DISCIPLINARY hearing therefore Ms. Hill was and the entire ELGIN MENTAL HEALTH CENTER was restrained on the OIG rule of 50 sec EXHIBIT 1.

4. The Union is asking that Ms. Hill's 15 days suspension be moved from her employment record and that EMHC follow the Master contract and DHS policy with progressive discipline.

5. At second level Ms . Leda Mangahas PSA said that she scheduled the pre-d three times this is incorrect .

6. The plaintiff rescheduled on May 5,2022 , first rescheduled Ms. Leda Mangahas failed to copy this writer who was representing the plaintiff with a new date and time of the Pre- D .

7. Plaintiff had the union representative found out about the Pre -d he was off from work this writer then emailed Ms. Leada Mangahas and asked for the final reschedule and that he was representing the plaintiff .

8. Ms. Leada Mangahas replied to this writer that there will be no more Reschedule and that he must contract the union president. See Exhibit 2.

9. Ms . Leada Mangahas also said at second level that she never emails the union steward with the appointment for the pre-d only the president of the union.

10. The union representative proved to Ms. Leada that she emailed Davis stall who is Non- AFRICAN AMERICA Rap time and date of an AFSCME Member he was representing see EXHIBIT 3.

11. Ms. Leada Mangahas PSA has been sighted by the BCA for Discriminating against African American employees at EMHC see EXHIBIT 4 .

12. Ms. Mangahas did not use processive discipline Per the AFSCME Master contract see EXHIBIT 5

13. Ms. Mangahas did not use progressive discipline Per DHS policy see Exhibit 6.

14. Ms. Leada Mangahas said at 2nd level that she gave the plaintiff ( Ms. Hill ) a 15 days suspension because plaintiff had a previous suspension and she was following that track .

15. The union representative objected and because one the suspension was 2 years old and it was for failure to stay alert which is a different discipline tract .

16. At the second level the union representative also asked why Ms. Hill was given a 15-day real suspension when a non-AFRICAN employee was given a 15 day paper suspension see EXHIBIT 8.

### ATTACHMENTS

1. EXHIBIT 1. OIG RULE OF 50 TRAINING CERTIFICATE
2. EXHIBIT 2. EMAILS FROM MS.LEADA MANGAHAS PSA
3. EXHIBIT 3 . EMAIL FROM LEADA MANGAHAS PSA
4. EXHIBIT 4 . LETTER FROM BCA
5. EXHIBIT 5,ARTICLES IX DISCIPLINE
6. EXHIBIT 6 DHS POLICY DISCIPLINE
7. EXHIBIT 7. PAPER SUPEBSION NON - AFRICAN AMERICA
8. EXHIBIT 8 EMAIL FROM HR
9. 9. EXHIBIT 9 GRIEVANCE 652348

17. The plaintiff states the defendants are employee's of the Department of human services and at all times during the incident they were working for Elgin Mental Health Center

18 .The Elgin mental health center has a code of silence when employees make complaints against employees of the family .

19. The plaintiff wasn't afforded equal protection of the law and the union states these facts in the grievance the union represents and because of race issues with employees within ELGIN Mental Health center "AFRICAN AMERICAN " get the bad end of the stick .

This is a ongoing problem with the White staff members and Filipino staff member discriminating against African American with the facility .

### RELIEF SOUGHT

1. Plaintiff is seeking 1 million punitive damages
2. Plaintiff is seeking 1 million in compensatory damages
3. Plaintiff is seeking an injunction against DHS to have Elgin to change the policies on race and put more AFRICAN AMERICAN in position of Authority.
4. Any other relief this court deems just and fair .
5. Seeking counsel under the trial bar obligation

RESPECTFULLY SUBMITTED,
TONETTA HILL

12/19/22